UNITED STATES PLYWOOD COMPANY, INC., Respondent, v. NATHAN

GOLDSMITH and Others, Constituting the Firm of L. GOLDSMITH & SON, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.